UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN MCGEE,<br>3713 35th St. N.W., Washington, D.C. 20016<br><br>on behalf of herself and all others similarly situated in the District of Columbia,<br><br>    *Plaintiff*,<br><br>  v.<br><br>NVIDIA CORPORATION;<br>2701 San Tomas Expressway, Santa Clara, California 95050<br><br>ATI TECHNOLOGIES, INC.;<br>1 Commerce Valley Drive East, Markham, Ontario, Canada L3T 7X6<br><br>and ADVANCED MICRO DEVICES, INC.;<br>One AMD Place, P.O. Box 3453, Sunnyvale, California 94088-3453<br><br>    *Defendants*. | Case No.  1:07-cv-01478-JR<br><br><u>CLASS ACTION</u> |

**CONSENT MOTION TO ENLARGE THE TIME
FOR ALL DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT**

  Defendants NVIDIA Corporation ("NVIDIA"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively, "AMD"), with the consent of Plaintiff Helen McGee ("Plaintiff"), hereby move the Court, pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court, for an order enlarging the time for NVIDIA and AMD to respond to the amended complaint in this action and to postpone any conference or scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3.  This motion is not intended to waive any defenses that NVIDIA and AMD may have, including, but not limited to, the defenses of insufficiency of the services of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

1

1. On August 16, 2007, Plaintiff filed the complaint in this action, which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and state law. Plaintiff styled the complaint as a putative class action. On August 31, 2007, Plaintiff filed an amended complaint ("Amended Complaint"),

2. As of the date of this consent motion, at least 53 other complaints have been filed in other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against NVIDIA and AMD and are styled as putative class actions.

3. On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in the Northern District of California, all existing and subsequently filed antitrust actions related to the claims alleged in the Amended Complaint. The JPML Motion was granted on April 18, 2007, and the Panel ordered that seven of the first-filed actions proceed before the Northern District of California. The Panel later transferred all of the other actions to the Northern District of California.

4. On September 6, 2007, the JPML issued a conditional transfer order transferring this action to the Northern District of California. Any opposition to the conditional transfer order was due on September 21, 2007. Plaintiff did not file an opposition to the conditional transfer order.

5. In light of the granting of the JPML Motion and the issuance of the conditional transfer order relating to this action, NVIDIA and AMD move, with Plaintiff's consent, to extend the time for NVIDIA and AMD to answer or otherwise respond to the Amended Complaint as follows: NVIDIA and AMD will have no obligation to answer or otherwise respond to the Amended Complaint until either: (1) this action is transferred to the Northern District of California and consolidated with *In re Graphics Processing Units Antitrust*

*Litigation*, 07-MDL-1826 (N.D. Cal.), in which case Defendants will respond according to the procedures in place in that proceeding, or (2) it is finally determined that this action will not be transferred, in which case, any Defendant properly served with the Amended Complaint shall have 45 days to respond after that determination is made, without prejudice to the right of any Defendant to seek additional time to respond to the Amended Complaint for good cause shown.

6. NVIDIA and AMD also move, with Plaintiff's consent, that the Court not schedule a conference or issue a scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3, until it is determined whether this action will remain pending in this district.

7. In accordance with LCvR 7(m), counsel for AMD conferred with counsel for Plaintiff prior to filing this motion and was advised that Plaintiff consents to and believes there is good cause for all of the relief requested in this motion and the entry of the attached proposed order.

Dated: September 27, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jennifer L. Giordano

Margaret M. Zwisler (D.C. Bar # 245951)
Jennifer L. Giordano (D.C. Bar # 496746)
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendants
ATI TECHNOLOGIES ULC and
ADVANCED MICRO DEVICES, INC.

3

COOLEY GODWARD KRONISH LLP

By:   /s/ Craig Guthery

Craig Guthery (D.C. Bar # 464764)
1200 19th Street, NW
5th Floor
Washington, DC 20036
Telephone:  (202) 842-7800
Facsimile:  (202) 642-7899

Attorneys for Defendant
NVIDIA CORPORATION

Consented to,

STRAUS & BOIES, LLP

By:   /s/ Timothy D. Battin

Timothy D. Battin (D.C. Bar # 436303)
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone:  (703) 764-8700
Facsimile:  (703) 764-8704

Attorneys for Plaintiff HELEN MCGEE

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007 a true and correct copy of the forgoing Consent Motion to Enlarge the Time for All Defendants to Respond to the Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Paper copies have been sent by U.S. Mail, first class delivery, to the following counsel of record:

> Craig Guthery
> COOLEY GODWARD KRONISH LLP
> 1200 19th Street, NW
> 5th Floor
> Washington, DC 20036
>  Telephone: (202) 842-7800
>  Facsimile: (202) 842-7899
>
> Timothy D. Battin
> STRAUS & BOIES, LLP
> 4041 University Drive, Fifth Floor
> Fairfax, Virginia 22030
> Telephone:  (703) 764-8700
> Facsimile:  (703) 764-8704

                                                /s/ Jennifer L. Giordano

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN MCGEE, on behalf of herself and all others similarly situated in the District of Columbia,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NVIDIA CORPORATION;<br>ATI TECHNOLOGIES, INC.; and<br>ADVANCED MICRO DEVICES, INC.,<br><br>    *Defendants*. | Case No.  1:07-cv-01478-JR<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO ENLARGE THE TIME FOR ALL DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT**

This matter comes before the Court upon Defendants NVIDIA Corporation ("NVIDIA"), ATI Technologies ULC and Advanced Micro Devices, Inc.'s (collectively, "AMD") motion to enlarge the time for NVIDIA and AMD to respond to the Amended Complaint in this action and to postpone any conference or scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3.  Plaintiff Helen McGee consents to the relief requested in the motion and the entry of this order.

Upon consideration of the Consent Motion to Enlarge the Time for All Defendants to Respond to the Amended Complaint (the "Motion") and good cause having been shown, the Motion is hereby GRANTED in its entirety.

Defendants NVIDIA and AMD will have no obligation to answer or otherwise respond to the Amended Complaint until either: (1) this action is transferred to the Northern District of California and consolidated with *In re Graphics Processing Units Antitrust Litigation*, 07-MDL-1826 (N.D. Cal.), in which case Defendants will respond according to the procedures in place in

that proceeding, or (2) it is finally determined that this action will not be transferred, in which case, any Defendant properly served with the Amended Complaint shall have 45 days to respond after that determination is made, without prejudice to the right of any Defendant to seek additional time to respond to the Amended Complaint for good cause shown. The Court will not schedule a conference or issue a scheduling order pursuant to Federal Rule of Civil Procedure 16 or LCvR 16.3 until it is determined whether this action will remain pending in this district.

    SO ORDERED.


DATE: _____

                                      JAMES ROBERTSON
                                      UNITED STATES DISTRICT JUDGE

NOTICE OF ENTRY OF THIS ORDER SHALL BE SENT TO:

Margaret M. Zwisler
Jennifer L. Giordano
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200

Craig Guthery
COOLEY GODWARD KRONISH LLP
1200 19th Street, NW
5th Floor
Washington, DC 20036
 Telephone: (202) 842-7800
 Facsimile: (202) 842-7899

Timothy D. Battin
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone:  (703) 764-8700
Facsimile:  (703) 764-8704